THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURREAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware profit corporation,<br><br>Defendant. | No. 2:24-cv-01262-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: March 26, 2025 |

Defendant Amazon Web Services, Inc. ("AWS") and Plaintiff Surreal Holdings, LLC ("Surreal") stipulate as follows:

1. On March 18, 2025, Surreal and AWS agreed that AWS would consent to Surreal's request to amend its Complaint and that Surreal would agree to provide AWS with thirty days to respond to its Amended Complaint.

2. On March 20, 2025, Surreal filed a Joint Notice of Amendment of Complaint with Consent (Dkt. 16) and its First Amended Complaint (Dkt. 17).

STIPULATED MOTION AND PROPOSED
ORDER – 1
(No. 2:24-cv-01262-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3.  Consistent with their March 18 agreement, AWS and Surreal stipulate that AWS will have until April 21, 2025, to respond to Surreal's First Amended Complaint.

DATED: March 26, 2025

| **KARR TUTTLE CAMPBELL, P.S.** | **PERKINS COIE LLP** |
|---|---|
| s/ Nathan T. Paine | s/ Jeffrey M. Hanson |
| Nathan T. Paine, WSBA# 34487<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Telephone: 206-223-1313<br>Facsimile: 206-682-7100<br>Email: npaine@karrtuttle.com<br>*Attorneys for Surreal Holdings, LLC* | Jeffrey M. Hanson, WSBA# 34871<br>Charles C. Sipos, WSBA# 32825<br>Ellie F. Chapman, WSBA# 55881<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone +1.206.359.8000<br>Facsimile +1.206.359.9000<br>JHanson@perkinscoie.com<br>CSipos@perkinscoie.com<br>EChapman@perkinscoie.com<br>Attorneys for Defendant Amazon Web Services, Inc. |

## ~~PROPOSED~~ ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

AWS's deadline to respond to Surreal's First Amended Complaint is April 21, 2025.

DATED this 26th day of March 2025.

_____
United States District Judge

STIPULATED MOTION AND PROPOSED ORDER – 2
(NO. 2:24-CV-01262-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000