THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURREAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware profit corporation,<br><br>Defendant. | No. 2:24-cv-01262-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 18, 2025 |

## **STIPULATION**

Defendant Amazon Web Services, Inc. ("AWS") and Plaintiff Surreal Holdings, LLC ("Surreal") stipulate as follows:

1. On March 18, 2025, Surreal and AWS agreed that AWS would consent to Surreal's request to amend its Complaint and that Surreal would agree to provide AWS with thirty days to respond to its Amended Complaint.

2. On March 20, 2025, Surreal filed a Joint Notice of Amendment of Complaint with Consent (Dkt. 16) and its First Amended Complaint (Dkt. 17).

STIPULATED MOTION AND ORDER – 1
(No. 2:24-cv-01262-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3. On March 26, 2025, the Court entered the parties' stipulated order to extend AWS's deadline to respond to the First Amended Complaint until April 21, 2025. Dkt. 21.

4. To facilitate discussions between the parties, AWS and Surreal further stipulate that AWS will have until May 1, 2025, to respond to Surreal's First Amended Complaint.

DATED: April 18, 2025

| **HOLLAND & KNIGHT LLP** | **PERKINS COIE LLP** |
|---|---|
| *s/ Nathan T. Paine*<br>Nathan T. Paine, WSBA# 34487<br>701 Fifth Avenue, Suite 4700<br>Seattle, WA 98104<br>Telephone: 206-505-4011<br>Facsimile: 206-505-4099<br>Email: nathan.paine@hklaw.com<br>*Attorneys for Surreal Holdings, LLC* | *s/ Jeffrey M. Hanson*<br>Jeffrey M. Hanson, WSBA# 34871<br>Charles C. Sipos, WSBA# 32825<br>Ellie F. Chapman, WSBA# 55881<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone +1.206.359.8000<br>Facsimile +1.206.359.9000<br>JHanson@perkinscoie.com<br>CSipos@perkinscoie.com<br>EChapman@perkinscoie.com<br>*Attorneys for Defendant Amazon Web Services, Inc.* |

## ~~PROPOSED~~ ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

AWS's deadline to respond to Surreal's First Amended Complaint is May 1, 2025.

DATED this 18th day of April 2025.

*[signature]*
United States District Judge

STIPULATION AND ORDER – 2
(NO. 2:24-CV-01262-JCC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000