THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SURREAL HOLDINGS, LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware profit corporation<br><br>Defendant. | No. 2:24-cv-01262-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: May 1, 2025 |

## STIPULATION

Defendant Amazon Web Services, Inc. ("AWS") and Plaintiff Surreal Holdings, LLC ("Surreal") stipulate as follows:

1.      On March 18, 2025, Surreal and AWS agreed that AWS would consent to Surreal's request to amend its Complaint and that Surreal would agree to provide AWS with thirty days to respond to its Amended Complaint.

2.      On March 20, 2025, Surreal filed a Joint Notice of Amendment of Complaint with Consent (Dkt. 16) and its First Amended Complaint (Dkt. 17).

STIPULATED MOTION AND ~~PROPOSED~~
ORDER – 1
(No. 2:24-cv-01262-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

3.      On March 26 and April 18, 2025, the Court entered the parties' stipulated orders to extend AWS's deadline to respond to the First Amended Complaint. Dkt. 21, 23. The current deadline is May 1, 2025. Dkt. 23.

4.      To facilitate ongoing discussions between the parties, AWS and Surreal have further stipulated that AWS will have until May 12, 2025, to respond to Surreal's First Amended Complaint.

DATED: May 1, 2025

**HOLLAND & KNIGHT LLP**

*s/ Nathan T. Paine*
Nathan T. Paine, WSBA# 34487
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206-505-4011
Facsimile: 206-505-4099
Email: nathan.paine@hklaw.com
*Attorneys for Surreal Holdings, LLC*

**PERKINS COIE LLP**

*s/ Jeffrey M. Hanson*
Jeffrey M. Hanson, WSBA# 34871
Charles C. Sipos, WSBA# 32825
Ellie F. Chapman, WSBA# 55881
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone +1.206.359.8000
Facsimile +1.206.359.9000
JHanson@perkinscoie.com
CSipos@perkinscoie.com
EChapman@perkinscoie.com
Attorneys for Defendant Amazon Web Services, Inc.

## PROPOSED ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

AWS's deadline to respond to Surreal's First Amended Complaint is May 12, 2025.

//

//

//

STIPULATED MOTION AND ~~PROPOSED~~ ORDER – 2
(NO. 2:24-CV-01262-JCC)

1    DATED this _2nd_ day of May 2025.

2

3

4                                        _____

5                                        John C. Coughenour
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ~~PROPOSED~~
ORDER – 3
(NO. 2:24-CV-01262-JCC)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000